**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Collin Monge,<br><br>  Plaintiff<br><br>v.<br><br>Charles Daniels, et al.,<br><br>  Defendants | Case No.: 2:21-cv-01562-JAD-VCF<br><br>**Order Dismissing and Closing Case**<br><br>[ECF No. 4] |

Good cause appearing, IT IS HEREBY ORDERED that Plaintiff's Motion to Dismiss this action **[ECF No. 4] is GRANTED.**  The Clerk of Court is directed to ENTER JUDGMENT accordingly and CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 20, 2021